# Court of Appeals
# of the State of Georgia

ATLANTA, June 18, 2021

*The Court of Appeals hereby passes the following order:*

**A21I0196. JIMMY WAYNE LABBEE v. THE STATE.**

Jimmy Wayne Labbee filed a motion for reconsideration of this Court's order denying his application for interlocutory review. Because Labbee has raised issues of first impression that deserve greater scrutiny, we hereby GRANT the motion for reconsideration and VACATE our previous order denying the application, which is hereby REINSTATED.

Upon reconsideration of the merits of the application for interlocutory appeal, we hereby GRANT the application. Labbee shall have ten days from the date of this order to file a notice of appeal in the trial court. The clerk of the trial court is directed to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 06/18/2021

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*